**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00216-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    BRANDON C. COOK
    and
2.    JONATHAN M. BOYD,

    Defendants.

---

**ORDER REGARDING TRIAL DATES**

---

At the motions hearing held on September 11, 2014, the Court severed the trial of Defendant Jonathan M. Boyd from that of Brandon C. Cook.  In light of the foregoing, the Trial Preparation Conference currently scheduled for September 29, 2014 and the Jury Trial dates currently set for October 6, 2014 through October 9, 2014 are reserved for Defendant Brandon C. Cook only.  Both the Trial Preparation Conference and the Jury Trial for Defendant Jonathan M. Boyd are as follows: Jury Trial will be held at 9:00 a.m. on October 20, 2014 through October 23, 2014, and the Trial Preparation Conference at 2:30 p.m. on October 16, 2014.  Both Trial Preparation Conferences may be by VTC from Grand Junction, Colorado.  If parties wish to

appear via VTC they must contact the Courtroom Deputy, Cathy Pearson (303.335.2089) at least 24 hours in advance. Both trials are set for Denver, Colorado

DATED this 23rd day of September, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge