# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   October 16, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.   14-cr-00216-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Michelle Heldmyer |
| Plaintiff, | |
| v. | |
| 2.   JONATHAN M. BOYD, | Stephen Laiche |
| Defendant. | |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE (Video teleconference from Grand Junction)**
**COURT IN SESSION:       2:29 p.m.**
Appearances of counsel.   Defendant is present and on bond.

Discussion held regarding pending motions.

Court's findings regarding Defendant Jonathan Boyd's Unopposed Motion to Continue Trial per 18 USC 3161(3)(A) & (7)(B)(i) in Order to Obtain Testimony of Material and Potentially Favorable Testimony at his Trial and to Complete Full Investigation in Order to be Prepared for Trial (Doc. 69, filed 10/10/14).

**ORDERED:**   Defendant Jonathan Boyd's Unopposed Motion to Continue Trial per 18 USC 3161(3)(A) & (7)(B)(i) in Order to Obtain Testimony of Material and Potentially Favorable Testimony at his Trial and to Complete Full Investigation in Order to be Prepared for Trial (Doc. 69, filed 10/10/14) is GRANTED.   **The trial is reset for February 17, 2015, at 9:00 a.m.**

The Court directs counsel to contact the Court's Judicial Assistant next week by conference call at (303)335-2784 to obtain a date for the Trial Preparation Conference.

Discussion held regarding the Joint Motion to Hold Trial in Grand Junction, Colorado (Doc. 64, filed 10/9/14).

**ORDERED:**   Joint Motion to Hold Trial in Grand Junction, Colorado (Doc. 64, filed 10/9/14) is GRANTED.   The trial set for February 17, 2015, will take place at the U.S. District Courthouse in Grand Junction, Coloardo.

Discussion held regarding Defendant Jonathan Boyd's Second Motion for Issuance of Subpoenas *In Forma Pauperis* (Doc. 63, filed 10/8/14) and the CJA *Ex Parte* Motion for Travel Expenses (Doc. 66, filed 10/9/14).

**ORDERED:**   Defendant Jonathan Boyd's Second Motion for Issuance of Subpoenas *In Forma Pauperis* (Doc. 63, filed 10/8/14) is DENIED without prejudice.

**ORDERED:**   The CJA *Ex Parte* Motion for Travel Expenses (Doc. 66, filed 10/9/14) is DENIED as moot.

**ORDERED:**   Bond continued.

**COURT IN RECESS:**       2:47 p.m.
**Total in court time:**       00:18
**Hearing concluded**